**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 115965
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michelle Miles, individually and on behalf of all others similarly situated, | Docket No: 1:18-cv-05358-KAM-RML |
| Plaintiff, | |
| -against- | |
| TrueAccord Corp., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: February 6, 2019

**BARSHAY SANDERS, PLLC**

By:    */s Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 115965
*Attorneys for Plaintiff*

2/7/2019

So Ordered:
**Kiyo A. Matsumoto**
**U.S. District Judge**